UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

PROTECTIVE LIFE INSURANCE
COMPANY,

    Plaintiff,

v.                                         Case No. 3:23-cv-576-BJD-MCR

CEDRICK F. JONES,

    Defendant.
_____/

## ORDER OF DISMISSAL

This matter is before the Court on Plaintiff Protective Life Insurance Company's Notice of Dismissal (Doc. 5; Notice) filed on May 31, 2023. In the Notice, Plaintiff voluntarily dismisses the claims raised in this action. See Notice at 1. Upon review of the docket, the Court notes that Defendant has neither served an answer nor a motion for summary judgment. Accordingly, pursuant to Rule 41(a)(1)(A)(i), Federal Rules of Civil Procedure, it is hereby **ORDERED**:

    1.    This case is **DISMISSED with prejudice.**

    2.    The Clerk of the Court is directed to close the file.

DONE and ORDERED in Jacksonville, Florida this \_\_1st\_\_ day of June, 2023.

BRIAN J. DAVIS
United States District Judge

cs
Copies to:

Counsel of Record